UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

USA

    - against -

JEFFREY LIGHTFOOT,

                 Defendant.

--------------------------------------------------------X

23 Cr. 00550-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

    The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated December 21, 2023, is approved and accepted.

SO ORDERED.

Dated: White Plains, NY
         January 11, 2024

_____
Nelson S. Román, U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/11/2024